UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 23-2273

_____

FRANCIS SUNDAYGAR BROWN, Petitioner

V.

ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA

_____

(Agency No. A097-130-105)

_____

SUR PETITION FOR PANEL REHEARING

_____

Present:  BIBAS, MATEY, and CHUNG, <u>Circuit</u> <u>Judges</u>

The petition for rehearing filed by Petitioner in the above-entitled case having

been submitted to the judges who participated in the decision of this Court, it is hereby

ORDERED that the petition for rehearing by the panel is granted.  The Court's judgment

and not precedential opinion, both entered November 6, 2023, are hereby VACATED.  A

subsequent opinion and judgment will be issued.

BY THE COURT,

<u>s/ Stephanos Bibas</u>
Circuit Judge

Dated: December 11, 2023
JK/cc:  All Counsel of Record, Francis Brown